Gmail

*My Attorney*

Emily Haskew <ehaskew@gmail.com>

## Re: Request for Reinstatement of Account

**Support** <legalsupport@etsy.zendesk.com>                                            Mon, Nov 11, 2024 at 8:15 AM
Reply-To: Support <legalsupport+id7LKV6N-MV2G4@etsy.zendesk.com>
To: ehaskew <ehaskew@gmail.com>

Your request #17688738 with Etsy Support has been updated. To add additional comments please visit https://help.etsy.com/hc/requests/17688738 or simply reply to this email, or view your other requests at https://help.etsy.com/hc/requests

Thanks, Etsy Support

**Alex** (Etsy)
Nov 11, 2024, 9:15 AM EST

*If your issue has been resolved, you can ignore this message:*

Hello,
This is Etsy's Trust & Safety Team. Thank you for reaching out about your account.

We are currently experiencing a high volume of incoming messages, and as a result our replies may be delayed.

To clarify, your item(s) were removed for not meeting the criteria for what qualifies for sale on Etsy.

Etsy is a marketplace with specific policies about what can be sold, and these policies differ from most other online marketplaces and venues. All items listed here must meet Etsy's Creativity Standards. **Products that do not meet these criteria cannot be sold on Etsy.**

When we suspended your listing(s), we sent you an email to the address listed on your Etsy account with more information regarding the specific violation. If you believe you did not receive an email, we encourage you to check your spam folder.

If you believe your listing was removed by Etsy in error, please review our Creativity Standards. We never take action against an account lightly, and we use a variety of information to make determinations about whether items are in compliance with our policies. You are welcome to create new listings for items that are within our policies.

Moving forward, please carefully review our Seller Policy, including our Creativity Standards and Prohibited Items Policy. Your shop may be suspended if you continue to list non-qualifying items. We recommend that you review your shop to ensure your remaining listings qualify—here are some tips to help make things easier:

- **Resold items do not qualify under our "Made by a seller" or "Designed by a seller" criteria**–only certain handpicked or seller sourced items (such as vintage items and craft supplies) can be resold on Etsy. [Learn

more about how Etsy defines resellinq](https://help.etsy.com/hc/articles/23948763872151).

- Selecting colors, shapes, and other ready-made options available from a supplier, or adding your own logo or branding to items that you are not otherwise designing or making, does not meet our "Made by a seller" or "Designed by a seller" criteria.
- If you work with someone who's not part of your Etsy shop to help make your items, you'll need to add them as a production partner in your listing's core details.

- **Personalizing commercial items for buyers?** Keep in mind that selling unaltered or unchanged commercial items, including offering personalization as optional or featured as a separate item (i.e. an add-on card, gift tag or written note), is not allowed.
- If an item is created through the use of artificial intelligence (AI), you must **disclose this** in your relevant listings.
- **Use your own photographs or video content**—not stock photos, artistic renderings, or photos used by other sellers or sites. Read more about listing image requirements, including limited exceptions for custom items and items made with production partner assistance
- **If you believe your image is being used by someone else without your consent**, whether on or off of Etsy, we encourage you to **reach out to that individual and/or third party**. Most marketplaces like Etsy have processes where you can submit an infringement report. Check out our Guide to Intellectual Property to learn more about your options.

We appreciate you taking the time to review our policies and help protect what makes Etsy special.

Best,

Alex

## ehaskew

Sep 30, 2024, 3:22 PM EDT

[Quoted text hidden]

### Attachment(s)
Etsy Demand for Reinstatement - Bushy Box, LLC.pdf

--

This message is a private conversation between you and Etsy. Please respect this confidentiality and refrain from distributing this communication without permission from Etsy. If you feel this message was sent to you in error, please delete it and let us know.

Please note that feedback or ideas you share with us are non-confidential and non-proprietary to you. You can read more in Etsy's Terms of Use (Section 6).

# [Etsy] Re: Fraudulent Orders

**Etsy Support** <support@etsy.zendesk.com>                                8/29/2024 10:55 AM    ☆    ▢

To  Bushy Box

Reply    Reply all    Forward    Delete    ≡

Thank you for reaching out to Etsy about the notice you received regarding your shop's suspension. This is an automated message from Etsy's Trust & Safety team that contains information that should answer your specific question or concern.

If you have already submitted an appeal, please know that it may take up to 14 days for our team to respond with a final decision. You can find additional information in our Terms of Use.

**Why was my shop suspended?**

We've determined the listings in your shop weren't in line with Etsy's Creativity Standards. As a reminder, our policies for selling on Etsy help keep our marketplace a destination for buyers to connect with special items made, designed, handpicked, or sourced by creative sellers.

**I don't believe my listings violate Etsy's Creativity Standards.**

Based on our research, the items listed in your shop do not meet our criteria for what can be sold on Etsy.

Dropshipping and reselling are not allowed on Etsy, except in the specific cases outlined in this Help article, such as vintage and craft supplies. When sellers work with production partners to make their finished items, the items must ultimately be designed by the seller, and simple customization (such as selecting colors or sizes) or choosing from ready-made options or templates is not considered design on Etsy.

**I see other shops selling these items.**

Etsy doesn't pre-approve individual listings before sellers publish them, so from time to time you may come across listings that do not qualify for our marketplace. As explained in our Terms of Use, each seller is responsible for ensuring their items meet the criteria for the marketplace before listing them.

If you believe you're seeing items that don't meet Etsy's guidelines, we encourage you to use our flagging tool. Our team reviews every member report we receive, and these reviews may take some time as we conduct a holistic review of the account. If we determine a listing or shop violates our policies, we'll take action to enforce them. Learn more about reporting shops or listings to Etsy.

**Can I still complete my open orders?**

You can access your Shop Manager using a web browser to settle your open orders. You won't be able to access your account through the Sell on Etsy app or a mobile browser.

To prevent refunds from being issued on your behalf, we recommend adding tracking information to any orders that have been marked shipped. We also recommend issuing refunds for orders you don't plan to complete. Learn more about accessing your account and managing orders.

**When will I get paid?**

**[Etsy] Re: FRAUDULENT ORDERS - NEED HELP!**

---

**Etsy Support** <support@etsy.zendesk.com>  8/28/2024 11:28 AM ☆ 🔖
To  Bushy Box

Reply    Reply all    Forward    Delete

Thank you for reaching out to Etsy about the notice you received regarding your shop's suspension. This is an automated message from Etsy's Trust & Safety team that contains information that should answer your specific question or concern.

If you have already submitted an appeal, please know that it may take up to 14 days for our team to respond with a final decision. You can find additional information in our Terms of Use.

**Why was my shop suspended?**

We've determined the listings in your shop weren't in line with Etsy's Creativity Standards. As a reminder, our policies for selling on Etsy help keep our marketplace a destination for buyers to connect with special items made, designed, handpicked, or sourced by creative sellers.

**I don't believe my listings violate Etsy's Creativity Standards.**

Based on our research, the items listed in your shop do not meet our criteria for what can be sold on Etsy.

Dropshipping and reselling are not allowed on Etsy, except in the specific cases outlined in this Help article, such as vintage and craft supplies. When sellers work with production partners to make their finished items, the items must ultimately be designed by the seller, and simple customization (such as selecting colors or sizes) or choosing from ready-made options or templates is not considered design on Etsy.

**I see other shops selling these items.**

Etsy doesn't pre-approve individual listings before sellers publish them, so from time to time you may come across listings that do not qualify for our marketplace. As explained in our Terms of Use, each seller is responsible for ensuring their items meet the criteria for the marketplace before listing them.

If you believe you're seeing items that don't meet Etsy's guidelines, we encourage you to use our flagging tool. Our team reviews every member report we receive, and these reviews may take some time as we conduct a holistic review of the account. If we determine a listing or shop violates our policies, we'll take action to enforce them. Learn more about reporting shops or listings to Etsy.

**Can I still complete my open orders?**

You can access your Shop Manager using a web browser to settle your open orders. You won't be able to access your account through the Sell on Etsy app or a mobile browser.

To prevent refunds from being issued on your behalf, we recommend adding tracking information to any orders that have been marked shipped. We also recommend issuing refunds for orders you don't plan to complete. Learn more about accessing your account and managing orders.

**When will I get paid?**

# [Etsy] Re: Conversation with Bushy Box

**Etsy Support** <support@etsy.zendesk.com>   7/22/2024 8:09 AM   ☆   🔖

To Bushy Box

Reply   Reply all   Forward   Delete   ≡

Your request #16878864 with Etsy Support has been updated. To add additional comments please visit https://help.etsy.com/hc/requests/16878864 or simply reply to this email, or view your other requests at https://help.etsy.com/hc/requests

Thanks, Etsy Support

**Alex** (Etsy)
Jul 22, 2024, 8:09AM EDT

***If your issue has been resolved, you can ignore this message:***

Hello,
This is Etsy's Trust & Safety Team. Thank you for reaching out about your account.

We are currently experiencing a high volume of incoming messages, and as a result our replies may be delayed.

To clarify, your item(s) were removed for not meeting the criteria for what qualifies for sale on Etsy.

Etsy is a marketplace with specific policies about what can be sold, and these policies differ from most other online marketplaces and venues. All items listed here must meet Etsy's Creativity Standards. **Products that do not meet these criteria cannot be sold on Etsy.**

When we suspended your listing(s), we sent you an email to the address listed on your Etsy account with more information regarding the specific violation. If you believe you did not receive an email, we encourage you to check your spam folder.

If you believe your listing was removed by Etsy in error, please review our Creativity Standards. We never take action against an account lightly, and we use a variety of information to make determinations about whether items are in compliance with our policies. You are welcome to create new listings for items that are within our policies.

Moving forward, please carefully review our Seller Policy, including our Creativity Standards and Prohibited Items Policy. Your shop may be suspended if you continue to list non-qualifying items. We recommend that you review your shop to ensure your remaining listings qualify—here are some tips to help make things easier:

- **Resold items do not qualify under our "Made by a seller" or "Designed by a seller" criteria**—only certain handpicked or seller sourced items (such as vintage items and craft supplies) can be resold on Etsy. [Learn more about how Etsy defines reselling](https://help.etsy.com/hc/articles/23948763872151).
    - Selecting colors, shapes, and other ready-made options available from a supplier, or adding your own logo or branding to items that you are not otherwise designing or making, does not meet our "Made by a seller" or "Designed by a seller" criteria.
    - If you work with someone who's not part of your Etsy shop to help make your items, you'll need to add them as a production partner in your listing's core details.

**[Etsy] Re: Removed Listing - Hollow Hideaway**

| Etsy Support <support@etsy.zendesk.com> | 7/18/2024 3:05 PM  ☆  🔖 |

To  Bushy Box

Reply    Reply all    Forward    Delete    ≡

Hi there,

Thank you for contacting Etsy Support about a removed listing.

We're committed to keeping Etsy a special destination for unique and creative goods. One important part of our ongoing work is helping sellers understand and follow our policies for selling on Etsy. We understand that having a listing removed by Etsy can be alarming.

We wanted to answer some common questions. We know that honest mistakes do happen and hope to give you clarity so you know what to do next.

**Why was my listing(s) removed?**

When we remove a listing, it's because we determined the listing doesn't meet Etsy's Seller Policy for what can be sold in our marketplace.

Check to see if you have received an email with more details about why your item was removed. Search your inbox (including spam and junk mail) for a message from noreply@etsy.com or noreply@mail.etsy.com.

We often revisit our policies as industry standards, laws, and regulations evolve.

Review what can be sold on Etsy, along with our Seller Policy, including Etsy's Creative Standards and Prohibited Items Policy so you can be sure your listings meet our policies.

**Where can I find my removed listing?**

Sign in to Etsy.com on a web browser and go to Shop Manager > Listings > Inactive.

**Can I get a refund for the listing fee?**

Yes! We've already refunded the listing fee. See it in your Payment account by going to Shop Manager > Finances > Payment account.

**I believe my listing was removed in error. Can I relist it?**

We take this work very seriously and use a variety of factors to determine whether items comply with our policies, but

# [Etsy] Re: Appeal Submission

**Etsy Support** <support@etsy.zendesk.com>                    9/6/2024 11:59 AM   ☆  🔖

**To** Dave

Reply   Reply all   Forward   Delete   ≡

Your request #17430709 with Etsy Support has been updated. To add additional comments please visit https://help.etsy.com/hc/requests/17430709 or simply reply to this email, or view your other requests at https://help.etsy.com/hc/requests

Thanks, Etsy Support

**Cate** (Etsy)
Sep 6, 2024, 11:59AM EDT

Hello,

This is Etsy's Trust & Safety team.

We appreciate you taking the time to file an appeal with Etsy. After careful consideration, we've determined **your account does not qualify for reinstatement.** We've performed a comprehensive review of your account and the information you provided, and are unable to reconsider this decision.

The items you've listed in your Shop do not qualify to be sold in Etsy's marketplace per Etsy's Seller Policy.

Although we're unable to discuss your account status further, if you have questions related to fulfilling orders, your Payment account, or your business history, please let us know. You can find additional information about your rights in our Terms of Use.

We appreciate the time you've invested on Etsy and wish you success in your future endeavors.

Best,
Cate

Etsy Trust and Safety


**Dave**
Sep 5, 2024, 1:12PM EDT

**Your legal full name:** David William Alexander
**What kind of items do you sell?:** Items that I design that other people help me make
**List all the locations where your current shop members are signing into your account:** Mount Pleasant SC
**Why are you appealing your account suspension?:** I have resolved all issues and will no longer violate Etsys policies
**Other reason:**
**Are there any actions you've taken to address your suspension?:** Dear Etsy Support, I hope this message finds you well. I am writing to request the reinstatement of our Etsy account, which was recently suspended. We have carefully reviewed Etsy's policies and updated the necessary tax information as requested. Moving forward, we are committed to fully complying with all Etsy policies and guidelines to ensure the smooth operation of our shop. We also understand that

# We removed some of your listings that don't meet Etsy's Creativity Standards

**Etsy** &lt;noreply@etsy.com&gt;  8/30/2024 2:34 PM
**via** &lt;noreply=etsy.com@mail.etsy.com&gt;
**To** dave@lazyleash.dog

Reply    Reply all    Forward    Delete

Hi BarkTimber,

This is Etsy's Trust & Safety team.

We're always working hard to keep Etsy a destination for buyers to connect with special items made, designed, handpicked, or sourced by creative sellers around the world. One of the many ways we do this is by helping sellers understand and follow our policies for selling on Etsy.

**Why we're reaching out**

It looks like some of your listings weren't in line with Etsy's Creativity Standards, so after review by our team, we've removed them from our marketplace. These listings may have been reported to us or flagged by Etsy's internal systems. This means they're not active anymore and won't be seen by buyers—and you can't edit to relist them on Etsy. To see which listings we removed, check your inactive items.

**What you'll need to do next**

To avoid more policy violations, make sure your listings follow Etsy's Creativity Standards—here are some quick tips to help make things easier:

- **Resold items do not qualify under our "Made by a seller" or "Designed by a seller" criteria**—only certain handpicked or seller sourced items (such as vintage items and craft supplies) can be resold on Etsy. Learn more about how Etsy defines reselling.
- **If you work with someone who's not part of your Etsy shop** to help make your items, you'll need to add them as a production partner in your listing's core details.
- **Personalizing commercial items** for buyers with the help of a production partner? Check our "Sourced by a seller" criteria.
- **Selling vintage items, items from nature, or unique gift baskets?** Check our "Handpicked by a seller" criteria.
- **Selling craft or party supplies?** Mark it as "a supply or tool to make things" in your listing's core details.
- **Use your own photographs or video content**—not stock photos, artistic renderings, or photos used by other sellers or sites. Read more about listing image requirements, including limited exceptions for custom items and items made with production partner assistance.
- **If an item is created through the** use of artificial intelligence (AI), you must **disclose this** in your relevant listings.
- **Looking for more examples** of what can and can't be sold on Etsy? Check our House Rules and Seller Handbook.

Keep in mind, if you have multiple policy violations, we may need to remove any Star Seller badges you have, or suspend or terminate your account.

We're grateful that you've chosen to be part of our community and appreciate your help in protecting all that makes Etsy special.

Thanks,

Etsy's Trust & Safety team

https://www.etsy.com/help

———

This message is a private conversation between you and Etsy. Please respect this confidentiality and refrain from distributing this communication without permission from Etsy. If you feel this message was sent to you in error, please delete it and let us know. Please note that feedback or ideas you share with us are non-confidential and non-proprietary to you. You can read more in Etsy's Terms of Use (Section 6).

# We removed some of your listings that don't meet Etsy's Creativity Standards

**Etsy** <noreply@etsy.com>  8/26/2024 4:40 PM
via <noreply=etsy.com@mail.etsy.com>
To dave@lazyleash.dog

Reply   Reply all   Forward   Delete   ≡

Hi BarkTimber,

This is Etsy's Trust & Safety team.

We're always working hard to keep Etsy a destination for buyers to connect with special items made, designed, handpicked, or sourced by creative sellers around the world. One of the many ways we do this is by helping sellers understand and follow our policies for selling on Etsy.

**Why we're reaching out**

It looks like some of your listings weren't in line with Etsy's Creativity Standards, so after review by our team, we've removed them from our marketplace. These listings may have been reported to us or flagged by Etsy's internal systems. This means they're not active anymore and won't be seen by buyers—and you can't edit to relist them on Etsy. To see which listings we removed, check your inactive items.

**What you'll need to do next**

To avoid more policy violations, make sure your listings follow Etsy's Creativity Standards—here are some quick tips to help make things easier:

- **Resold items do not qualify under our "Made by a seller" or "Designed by a seller" criteria**—only certain handpicked or seller sourced items (such as vintage items and craft supplies) can be resold on Etsy. Learn more about how Etsy defines reselling.
- **If you work with someone who's not part of your Etsy shop** to help make your items, you'll need to add them as a production partner in your listing's core details.
- **Personalizing commercial items** for buyers with the help of a production partner? Check our "Sourced by a seller" criteria.
- **Selling vintage items, items from nature, or unique gift baskets?** Check our "Handpicked by a seller" criteria.
- **Selling craft or party supplies?** Mark it as "a supply or tool to make things" in your listing's core details.
- **Use your own photographs or video content**—not stock photos, artistic renderings, or photos used by other sellers or sites. Read more about listing image requirements, including limited exceptions for custom items and items made with production partner assistance.
- **If an item is created through the** use of artificial intelligence (AI), you must **disclose this** in your relevant listings.
- **Looking for more examples** of what can and can't be sold on Etsy? Check our House Rules and Seller Handbook.

Keep in mind, if you have multiple policy violations, we may need to remove any Star Seller badges you have, or suspend or terminate your account.

We're grateful that you've chosen to be part of our community and appreciate your help in protecting all that makes Etsy special.

Thanks,

Etsy's Trust & Safety team

https://www.etsy.com/help

———

This message is a private conversation between you and Etsy. Please respect this confidentiality and refrain from distributing this communication without permission from Etsy. If you feel this message was sent to you in error, please delete it and let us know. Please note that feedback or ideas you share with us are non-confidential and non-proprietary to you. You can read more in Etsy's Terms of Use (Section 6).

# [Etsy] Re: Listing Removed

**Etsy Support** <support@etsy.zendesk.com>                                      8/21/2024 9:01 AM   ☆   🔖

To  Dave

Reply   Reply all   Forward   Delete   ☰

Your request #17241189 with Etsy Support has been updated. To add additional comments please visit https://help.etsy.com/hc/requests/17241189 or simply reply to this email, or view your other requests at https://help.etsy.com/hc/requests

Thanks, Etsy Support

## Heather (Etsy)
Aug 21, 2024, 9:00AM EDT

Hi there,

If you're reaching out to Etsy Support for more information about a listing we removed from your shop due to a violation of our Seller Policies, please check the email notification sent to you when your listing was removed and make sure to review what can be sold on Etsy.

Our support agents can't reinstate your listing. We're here to help, but due to a need to protect the safety of buyers and sellers, we have to limit what info we can provide about our policy enforcement processes.

We can't respond to further emails about this, but if you have a different question, we're happy to assist! Please create a new support request instead of replying here so we don't miss your question.

Best,
Heather

## Dave
Aug 20, 2024, 12:06PM EDT

Hi Heather! Unfortunately we did not receive an email from Etsy regarding the removal. We have checked (including spam and junk mail) for a message from noreply@etsy.com or noreply@mail.etsy.com.

How can we get a copy of this email or find information about the removal?

## Heather (Etsy)
Aug 20, 2024, 9:38AM EDT

Thanks for contacting Etsy Support about a removed listing.

We're committed to keeping Etsy a special destination for unique and creative goods. One important part of our ongoing work is helping sellers understand and follow our policies for selling on Etsy. We understand that having a listing removed by Etsy can be alarming.

We wanted to answer some common questions. We understand that honest mistakes could happen and hope to give you

# We removed some of your listings that don't meet Etsy's Creativity Standards

**Etsy** <noreply@etsy.com>  8/20/2024 12:52 PM
via <noreply=etsy.com@mail.etsy.com>
To dave@lazyleash.dog

Reply   Reply all   Forward   Delete   ≡

Hi BarkTimber,

This is Etsy's Trust & Safety team.

We're always working hard to keep Etsy a destination for buyers to connect with special items made, designed, handpicked, or sourced by creative sellers around the world. One of the many ways we do this is by helping sellers understand and follow our policies for selling on Etsy.

**Why we're reaching out**

It looks like some of your listings weren't in line with Etsy's Creativity Standards, so after review by our team, we've removed them from our marketplace. These listings may have been reported to us or flagged by Etsy's internal systems. This means they're not active anymore and won't be seen by buyers—and you can't edit to relist them on Etsy. To see which listings we removed, check your inactive items.

**What you'll need to do next**

To avoid more policy violations, make sure your listings follow Etsy's Creativity Standards—here are some quick tips to help make things easier:

- **Resold items do not qualify under our "Made by a seller" or "Designed by a seller" criteria**—only certain handpicked or seller sourced items (such as vintage items and craft supplies) can be resold on Etsy. Learn more about how Etsy defines reselling.
- **If you work with someone who's not part of your Etsy shop** to help make your items, you'll need to add them as a production partner in your listing's core details.
- **Personalizing commercial items** for buyers with the help of a production partner? Check our "Sourced by a seller" criteria.
- **Selling vintage items, items from nature, or unique gift baskets?** Check our "Handpicked by a seller" criteria.
- **Selling craft or party supplies?** Mark it as "a supply or tool to make things" in your listing's core details.
- **Use your own photographs or video content**—not stock photos, artistic renderings, or photos used by other sellers or sites. Read more about listing image requirements, including limited exceptions for custom items and items made with production partner assistance.
- **If an item is created through the** use of artificial intelligence (AI), you must **disclose this** in your relevant listings.
- **Looking for more examples** of what can and can't be sold on Etsy? Check our House Rules and Seller Handbook.

Keep in mind, if you have multiple policy violations, we may need to remove any Star Seller badges you have, or suspend or terminate your account.

We're grateful that you've chosen to be part of our community and appreciate your help in protecting all that makes Etsy special.

Thanks,

Etsy's Trust & Safety team

https://www.etsy.com/help

———

This message is a private conversation between you and Etsy. Please respect this confidentiality and refrain from distributing this communication without permission from Etsy. If you feel this message was sent to you in error, please delete it and let us know. Please note that feedback or ideas you share with us are non-confidential and

# [Etsy] Re: Listing Removed

**Etsy Support** <support@etsy.zendesk.com>                    8/20/2024 9:38 AM   ☆   🔖

To  Dave

Reply   Reply all   Forward   Delete   ≡

Your request #17241189 with Etsy Support has been updated. To add additional comments please visit https://help.etsy.com/hc/requests/17241189 or simply reply to this email, or view your other requests at https://help.etsy.com/hc/requests

Thanks, Etsy Support

**Heather** (Etsy)
Aug 20, 2024, 9:38AM EDT

Thanks for contacting Etsy Support about a removed listing.

We're committed to keeping Etsy a special destination for unique and creative goods. One important part of our ongoing work is helping sellers understand and follow our policies for selling on Etsy. We understand that having a listing removed by Etsy can be alarming.

We wanted to answer some common questions. We understand that honest mistakes could happen and hope to give you clarity so you know what to do next.

**Why was my listing(s) removed?**
When we remove a listing, it's because we determined the listing doesn't meet Etsy's Seller Policy for what can be sold in our marketplace.

Check to see if you have received an email with more details about why your item was removed. Search your inbox (including spam and junk mail) for a message from noreply@etsy.com or noreply@mail.etsy.com.

We often revisit our policies as industry standards, laws, and regulations evolve.
Review what can be sold on Etsy, along with our Seller Policy, including Etsy's Creativity Standards and Prohibited Items Policy so you can be sure your listings meet our policies.

**Where can I find my removed listing?**
Sign in to Etsy.com on a web browser and go to *Shop Manager > Listings > Inactive*.

**Can I get a refund for the listing fee?**
Yes. We've already refunded the listing fee. See it in your Payment account by going to *Shop Manager > Finances > Payment account*.

**I believe my listing was removed in error. Can I relist it?**
We take this work very seriously and use a variety of factors to determine whether items comply with our policies, but from time to time, compliant listings may be removed in error. While Etsy Support cannot reinstate your listings or pre-approve/review similar listings you may create ahead of time, please be sure to carefully review our Seller Policy, including Etsy's Creativity Standards and Prohibited Items Policy, to ensure that anything you list for sale from here on meets our requirements. Keep in mind that repeat violations of our policy will result in permanent account suspension.

Custom: 2018 - 2024 ▼

| Visits | Orders | Conversion rate | Revenue |
|---|---|---|---|
| 82.6K | 799 | 1% | $86.5K |

19.7K

14.8K

9,850

4,925

## Shopper Stats Beta

Get a snapshot of how buyers interacted with your shop—stats are based on the date range set at the top of the page.

**Hide**

**Item favorites**

4,480

Hearts galore! 4,200 shoppers favorited 19 of your items. 1,858 offers were emailed.

Offer details

**Shop follows**

175

Your fan club is growing! Now you've got 175 followers overall—keep up the good work.

**Reviews**

176

You had a 4.8 star average for that date range. Read and reply to reviews to keep your customer service top notch.

Go to reviews

**Repeat buyers**

21

207 thank you offer emails were sent—you're giving shoppers a reason to come back!

Offer details

**Cities reached**

683

You reached 683 cities in 3 countries—wonder where you'll go next!

Is this helpful? 👍 👎

## How shoppers found you

Want more info on each traffic source? Get a quick rundown.

**Etsy brought 82% of visits**

| | | |
|---|---|---:|
| E | **Etsy app & other Etsy pages** | 37.3K |
| | **Etsy search** | 16.0K |
| | **Etsy marketing & SEO** | 14.3K |

**You brought 17% of visits**

| | | |
|---|---|---:|
| | **Direct & other traffic** | 8,181 |
| | Social media | 3,712 |
| | **Etsy Ads** | 2,072 |

## Traffic from your Share & Save links
You're saving on fees with every eligible order placed using your unique trackable links.
How it works

bushybox.etsy.com 🔗

Clicks
**69**

Orders
**0**

Revenue
**$0**

You saved
**$0**

## Traffic and sales from Offsite Ads
We're promoting your items on high-traffic sites to drive new buyers to your shop. It's risk-free advertising—we cover the upfront costs, and you only pay when you make a sale.
Get your stats

# Shoppers viewed your listings 109,987 times
That's an average of 1.35 listing views per visit.

All listings ▼

Sort by: Views ▼    Direction: High to low ▼

| Listing | Views ▼ | Favorites | Orders | Revenue |
|---|---:|---:|---:|---:|
| Farmhouse Porch & Home Planter, Country Woodland Rustic Tall Plant | 16,005 | 501 | 116 | $18.0K |

| Listing | Views ▼ | Favorites | Orders | Revenue |
|---|---|---|---|---|
| ...and Flower Stand. Large Outdoor Patio and Deck Unique Log Pot Decor.<br>Active | | | | |
| A Little Pop of Life. Mini Interchangable Wall Pots Set of 4. Simple Modern Farmhouse Ceramic & Oak Accent Piece Succulent Planters.<br>Active | 15,699 | 1,724 | 396 | $8,745 |
| Bushy Box Large Stump Planter. Outdoor Garden Yard, Porch and Patio Pot. Tall Rustic Natural Well Pump Cover Fake Rock Decor. Hide Utilities<br>Expired | 15,385 | 379 | 124 | $19.4K |
| Hidden Hideaway Large Weatherproof Hollow Log Hideout for Rabbits, Pets & Rescue Animals<br>Inactive | 7,024 | 302 | 49 | $8,086 |
| Hollow Log Hideaway Extra Large Realistic Tree Stump Hideout for Reptiles, Ponds and Wildlife.<br>Active | 6,539 | 298 | 31 | $5,264 |

1  2  3  4  5  →

Need help or have questions? We're here for you! Get answers or send us your feedback.

United States | English (US) | $ (USD)

2:24-cv-06567-DCN-MGB   Date Filed 11/18/24   Entry Number 1-1   Page 16 of 17

Custom: 2021 - 2024 ▼

| Visits | Orders | Conversion rate | Revenue |
|---|---|---|---|
| 16.7K | 215 | 1.3% | $6,877 |

## Shopper Stats

Get a snapshot of how buyers interacted with your shop—stats are based on the date range set at the top of the page.

Hide

**Item favorites**
937
Hearts galore! 837 shoppers favorited 25 of your items. 159 offers were emailed.
Offer details

**Shop follows**
110
Your fan club is growing! Now you've got 110 followers overall—keep up the good work.

**Reviews**
76
You had a 4.6 star average for that date range. Read and reply to reviews to keep your customer service top notch.
Go to reviews

**Repeat buyers**
2
No thank you offer emails were sent in that date range—when you have eligible shoppers we'll send them your offer!
Offer details

**Cities reached**
197
You reached 197 cities in 14 countries—wonder where you'll go next!

Is this helpful? 👍 👎

## How shoppers found you

Want more info on each traffic source? Get a quick rundown.

**Etsy brought 71% of visits**

| Etsy app & other Etsy pages | 8,570 |
| Etsy search | 1,554 |
| Etsy marketing & SEO | 1,792 |

**You brought 29% of visits**

| Direct & other traffic | 2,080 |
| Social media | 152 |
| Etsy Ads | 2,526 |

**Traffic and sales from Offsite Ads**
We're promoting your items on high-traffic sites to drive new buyers to your shop. It's risk-free advertising—we cover the upfront costs, and you only pay when you make a sale.
Get your stats

## Shoppers viewed your listings 22,917 times
That's an average of 1.37 listing views per visit.

All listings ▼

Sort by: Views ▼   Direction: High to low ▼

| Listing | Views ▼ | Favorites | Orders | Revenue |
|---|---|---|---|---|
| Jet Black + Free Bonus Leash! Mini Adjustable Dog Leash for Hiking, Training & Adventure, 36" Powerful Lightweight Retractable Keychain Clip<br>Inactive | 7,759 | 448 | 149 | $2,622 |
| LAZY LEASH! Wholesale Retail Display 18pc Carton for Pet Business & Fundraising, Pocket-Size Adjustable Power Leash, Clip-on Dog Lead.<br>Inactive | 1,926 | 57 | 7 | $872 |
| Pink + Free Bonus Leash! Mini Adjustable Dog Leash for Hiking, Training & Adventure, 36" Powerful Lightweight, Retractable Keychain Clip.<br>Inactive | 1,373 | 83 | 35 | $680 |
| Tiger Paw + Freebie Lazy Leash! Purple & Orange Mini Wearable Lightweight Adjustable Clip-On Retractable Power Dog Leash for Adventure (2)<br>Inactive | 915 | 62 | 12 | $239 |
| Custom Engraved Mini Clip-On Power Leash, Powerful 36in Tag Lead Strong Enough for Any Size Dog, Cute Customized Gift Idea for Your Pet.<br>Inactive | 663 | 44 | 3 | $69.97 |

← (1) 2 3 4 5 6 7 →

Need help or have questions? We're here for you! Get answers or send us your feedback.

United States | English (US) | $ (USD)

© 2024 Etsy, Inc. Terms of Use   Privacy   Interest-based ads   Local Shops   Regions   Help Center